**Donna ATHAIDE**

v.

**Henry F. MURRAY, Jr.**

**No. 84–235–M.P.**

Supreme Court of Rhode Island.

June 7, 1984.

John A. Coletti, Cranston, for petitioner.

Joseph R. DeCiantis, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.

**Murrie L. HUBBARD, III**

v.

**John LEYDEN, Chief of Police.**

**No. 84–207–M.P.**

Supreme Court of Rhode Island.

June 7, 1984.

Bruce G. Pollock, Providence, for petitioner.

Amato A. DeLuca, Warwick, for respondent.

ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.